5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 4 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ALBERTO MARTINEZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. B-00-01 |
| § | |
| DILLARDS DEPARTMENT STORES § | |
| AND GEORGINA LANDIN, INDIVIDUALLY § | |
| Defendants. § | |

## ORDER

BE IT REMEMBERED that on April 21, 2000, the Court reviewed the file in *Martinez v. Dillards, et al.*, Civil Action No. B-00-01. Upon consideration of the Notice of Removal, Plaintiff's Original Petition, and the case law, the Court ORDERS this case REMANDED to the State court from which it was removed.

Any case filed in a State court may be removed if "the district courts of the United States have original jurisdiction." 28 U.S.C. §1441 (a). Defendants removed claiming that this Court has original jurisdiction based on diversity jurisdiction. *See* 28 U.S.C. §1332. Federal district courts have jurisdiction under §1332 if 1) the amount in controversy exceeds $75,000, exclusive of costs and interests, and 2) the parties are citizens of different states.

This case meets neither the amount in controversy nor the diversity requirement of §1332. First, Plaintiff pled damages totaling $50,000. Defendant, in its Notice of Removal, does not attempt to "produce evidence that establishes that the actual amount in controversy exceeds" $75000. *De Aguillar v. Boeing Co.*, 47 F.3d 1404, 1412(5th Cir. 1995) (holding that a defendant must establish by a preponderance of the evidence that the amount in controversy is met). Second, the parties do not meet the requirement of complete diversity. It is a well established rule of law that federal jurisdiction predicated on §1332 requires complete diversity among the parties.

1

*Strawbridge v. Curtis*, 3 Cranch 267, 2 L.Ed. 435 (1806). Because Plaintiff Alberto Martinez and Defendant Georgina Landin are both citizens and residents of Texas, Defendant has failed to meet the requirement of complete diversity of citizenship.

Neither requirement of §1332 is met, and the lack of either is fatal to removal. Therefore, it is ORDERED that this case be REMANDED to the State court from which it was removed. Defendant may file a motion to reconsider no later than seven days after this order is entered.

DONE at Brownsville, Texas, this ____ day of April 2000.

Hilda G. Tagle
United States District Judge